# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, et al.,

                          Petitioners,                      21 **CIVIL** 2160 (MKV)

       -against-                              **JUDGMENT**

HASA CONSTRUCTION, LLC,

                          Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 17, 2023, the petition to confirm the arbitration award is GRANTED. The Court has awarded judgment in Petitioners' favor in the amount of: (i) $279,941.36, plus 5.25% interest from December 9, 2020 to the date of Judgment, in the amount of $41,956.69; (ii) an additional $880 in attorneys' fees and costs related to this action and (iii) post-judgment interest at the statutory rate accruing from the date of Judgment until Respondent has paid the full Award; accordingly, the case is closed.

**Dated**: New York, New York
        October 17, 2023

                                                         **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                        **BY:**              *K. Mango*

                                                           **Deputy Clerk**